```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

WILLIAM HARDY,                    :
    Petitioner
                                            :

    vs.                           :   CIVIL NO. 1:CV-07-0672

                                            :
LUZERNE COUNTY,
    Respondent                    :

## O R D E R

AND NOW, this 3rd day of August, 2007, upon consideration of the report and recommendation filed by Magistrate Judge Smyser, to which no objections have been filed, and upon an independent review of the record, it is Ordered that the report is approved.

Pursuant to the recommendation of Judge Smyser, the petitioner's petition for a writ of habeas corpus is dismissed.

The clerk of court is directed to close this file.

                                          /s/William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge